# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Craig Patrick Donohoe, ) | Case No. 1:20-cr-153 |
| ) | |
| Defendant. ) | |

On January 21, 2021, a petition for action on defendant's conditions of pretrial release was filed and an arrest warrant for defendant was issued. (Doc. Nos. 39 and 40). On March 17, 2021, the Pretrial Services Office advised the court that defendant has been participating in an inpatient treatment program and is scheduled to transition to outpatient programming. Accordingly, the court, in consultation with the Pretrial Services Office, **DISMISSES** the defendant's petition (Doc. No. 39) and **QUASHES** the arrest warrant (Doc. No. 40).

**IT IS SO ORDERED.**

Dated this 17th day of March, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court